# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 15, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161288(24)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEGGY WILLIAMS,
            Petitioner-Appellant,

v                                                                SC: 161288
                                                                 COA: 351544
DEPARTMENT OF HEALTH AND                                         Washtenaw CC: 19-000746-AA
HUMAN SERVICES,
            Respondent-Appellee
_____/

On order of the Chief Justice, the motion of the Legal Services Association of Michigan to file a brief amicus curiae is GRANTED. The amicus brief will be accepted for filing if submitted on or before August 5, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 15, 2020



Clerk